JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KURTIS TYRON ESCOBAR KING, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), | 2:19-cv-10708-MWF-AFM |
| v. | |
| DEPUTY WRIGHT, et al., | **JUDGMENT** (Failure to Pay Full Filing Fee) |
| DEFENDANT(S). | |

On _____December 26, 2019 (ECF No. 5)_____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated _____July 6, 2020 (ECF No. 11)_____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

September 16, 2020
Date

_[signature]_
United States District Judge

Presented by:

_[signature]_
United States Magistrate Judge